**UNITED STATES BANKRUPTCY COURT**
NORTHERN    DISTRICT OF    ILLINOIS
EASTERN DIVISION

In re:    MARTA ALMODOVAR    §    Case No. 11-09048
§    CHAPTER 7
§    Hon. EUGENE R. WEDOFF
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street - 7th Floor - Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00a.m. on 09/21/2011 in Courtroom 744, Dirksen Federal Building Courthouse, 219 S. Dearborn Street - Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: CLERK U.S. BANKRUPTCY COURT
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN DIVISION

In re: MARTA ALMODOVAR § Case No. 11-09048
§ CHAPTER 7
§ Hon. EUGENE R. WEDOFF
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $8,134.40
*and approved disbursements of*
*leaving a balance on hand of* [1] $8,134.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $8,134.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,563.44 | $0.00 | $1,563.44 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $7.88 | $0.00 | $7.88 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,571.32 |
| Remaining balance: | $6,563.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for             , Fees* | | | |
| *Attorney for             , Expenses* | | | |
| *Accountant for           , Fees* | | | |
| *Accountant for           , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,563.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $6,563.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,430.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP agent for Citibank, N.A. | $10,178.18 | $0.00 | $2,195.17 |
| 2 | Chase Bank USA, N.A. | $5,704.39 | $0.00 | $1,230.29 |
| 3 | Chase Bank USA, N.A. | $6,202.15 | $0.00 | $1,337.65 |
| 4 | Talbots | $1,082.94 | $0.00 | $233.56 |
| 5 | PYOD LLC assignee of Citibank, N.A. | $1,765.56 | $0.00 | $380.79 |
| 6 | GE Money Bank | $493.24 | $0.00 | $106.38 |
| 7 | FIA Card Services successor to Bank of America and MBNA | $5,004.02 | $0.00 | $1,079.24 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $6,563.08 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling ___$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Allan J. DeMars
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 11-09048-ERW
Marta Almodovar                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen                Page 1 of 2                 Date Rcvd: Aug 16, 2011
                               Form ID: pdf006             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2011.
```
db            Marta Almodovar,   5646 N. Nagle Avenue,    Chicago, IL 60646-6160
aty          +Dennis G Knipp,   Dennis G. Knipp,   8926 N Greenwood Ave,    PMB 142,   Niles, IL 60714-5163
tr           +Allan J DeMars,   Spiegel & DeMars,   100 W Monroe St Ste 910,    Chicago, IL 60603-1957
16913722     +Advocate Lutheran General Hospital,   Patient Financial Services,    1775 Dempster Street,
               Park Ridge, IL 60068-1143
16913721     +Advocate Lutheran General Hospital,   c/o Harris & Harris, Ltd.,
               222 Merchandise Mart Plaza,Ste.1900,    Chicago, IL 60654-1421
16913723      American Education Services,   P.O. Box 2461,    Harrisburg, PA 17105-2461
17542514      American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16913724     +Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
17283521      Chase Bank USA, N.A.,   PO Box 15145,    Wilmington, DE 19850-5145
16913725      Chase Bank USA, N.A.,   Chase Cardmember Service,    P.O. Box 15298,   Wilmington, DE 19850-5298
16913728      Chase Home Finance LLC,   3415 Vision Drive,    Columbus, OH 43219-6009
16913729      Chase Home Finance LLC,   P.O. Box 24696,    Columbus, OH 43224-0696
16913727      Chase Home Finance LLC,   Mail Code CA2-0824,    P.O. Box 509011,   San Diego, CA 92150-9011
16913730      Childrens Surgical Foundation-CCAS,   c/o KLO Professional Billing,
               777 Oakmont Lane, Suite 1600,   Westmont, IL 60559-5577
16913732      Citibank (South Dakota) N.A.,   Citi Cards,    P.O. Box 142319,   Irving, TX 75014-2319
16913731      Citibank (South Dakota) N.A.,   Citi Cards/Customer Service,    Box 6000,
               The Lakes, NV 89163-6000
16913733     +Cook County Treasurer,   Law Department,    118 N. Clark Street, Room 212,
               Chicago, IL 60602-1589
16913720     +Dennis G. Knipp,   Attorney for Debtor,    PMB 142, 8926 N. Greenwood Avenue,
               Niles, IL 60714-5163
16913735     +Harris Bank N.A.,   111 West Monroe Street,    Chicago, IL 60603-4095
16913737     +JPMorgan Chase Bank, N.A.,   c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
16913738     +Macy’s/Department Stores Natl. Bank,   Bankruptcy Processing,    P.O. Box 8053,
               Mason, OH 45040-8053
16913719      Marta Almodovar - Debtor,   5646 N. Nagle Avenue,    Chicago, IL 60646-6160
16913739     +Orthopaedic Surgery Specialist,   P.O. Box 2404,    Bedford Park, IL 60499-2404
16913740     +PNC Educational Loan Center,   2600 Liberty Avenue, Suite 200,    Pittsburgh, PA 15222-4616
17346054     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
               c/o Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
17322549     +Talbots,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
16913741     +Talbots Classics Finance Company,   4 Blackstone Valley Place,    Lincoln, RI 02865-1105
16913742      Talbots Classics Finance Company,   P.O. Box 740158,    Cincinnati, OH 45274-0158
16913743      The Home Depot,   Home Depot Credit Services,    P.O. Box 653000,   Dallas, TX 75265-3000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17196738      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2011 08:38:40
               American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK  73124-8840
17564588      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2011 08:38:40
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
17526852      E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2011 08:38:41     GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16913734     +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2011 08:38:41     GE Money Bank/Banana Republic,
               Attn: Bankruptcy Department,   P.O. Box 103104,   Roswell, GA 30076-9104
                                                                                               TOTAL: 4
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16913726*     Chase Bank USA, N.A.,   Chase Cardmember Service,    P.O. Box 15298,   Wilmington, DE 19850-5298
16913736    ##HSBC Retail Services/Best Buy,   P.O. Box 15521,    Wilmington, DE 19850-5521
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rgreen              Page 2 of 2              Date Rcvd: Aug 16, 2011
                              Form ID: pdf006           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2011**                **Signature:**     *Joseph Speetjens*